IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-91-107-CR





SHARON OCKLETREE-ADAMS,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY, 



NO. 2C90-92,775, HONORABLE JOHN BARINA, JUDGE


 





PER CURIAM

 The trial court found appellant guilty of assault. Tex. Pen. Code Ann. § 22.01
(1989 & Supp. 1991). The court assessed punishment at incarceration for ninety days and a $750
fine, probated.

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by advancing a contention which counsel says might arguably support the
appeal. See also Penson v. Ohio, 488 U.S. 75 (1988); Gainous v. State, 436 S.W.2d 137 (Tex.
Cr. App. 1969); Jackson v. State, 485 S.W.2d 553 (Tex. Cr. App. 1972); Currie v. State, 516 
S.W.2d 684 (Tex. Cr. App. 1974); High v. State, 573 S.W.2d 807 (Tex. Cr. App. 1978). A
copy of counsel's brief was delivered to appellant, and appellant was advised of her right to
examine the appellate record and to file a pro se brief. No pro se brief has been filed.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is frivolous and without merit. A discussion of the contention advanced in counsel's brief would
serve no beneficial purpose.

 The judgment of conviction is affirmed.


[Before Justices Powers, Jones and B. A. Smith]

Affirmed

Filed: September 18, 1991

[Do Not Publish]